ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
Email: Robert.Freeman@lewisbrisbois.com
GREGORY S. BEAN, ESQ.
Nevada Bar No. 12694
Email: Gregory.Bean@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANGELINE MURYADI, | CASE NO. 2:13-cv-02007-APG-VCF |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, DOES I-X, and ROE ENTITIES XI-XX, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and among Plaintiff ANGELINE MURYADI and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through their respective counsel of record, that all of the claims and causes of action against Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY in

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Muryadi vs. State Farm  
Case No. 2:13-cv-02007-APG-VCF  
Stipulation and Order for Dismissal with Prejudice

the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorneys fees and costs.

DATED this 7 day of ~~October~~ November, 2014.

LEWIS BRISBOIS BISGAARD & SMITH

_____
ROBERT W. FREEMAN, ESQ.
~~Nevada Bar~~ No. 003062
GREGORY G. BEAN, ESQ.
Nevada Bar No. 12694
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY*

DATED this 3rd day of ~~October~~ November, 2014.

DAVID A. CHURCHILL, P.C.

_____
DAVID A. CHURCHILL, ESQ.
Nevada Bar No. 7308
JULIE K. SMITH, ESQ.
Nevada Bar No. 8892
6900 Westcliff Drive, Suite 707
Las Vegas, Nevada 89145
*Attorneys for Plaintiff*
*ANGELINE MURYADI*

## ORDER

Based upon the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that all of the claims and causes of action against Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY in the above-entitled action be, and are hereby, dismissed, with prejudice, each party to bear their own attorneys fees and costs.

Dated: November 12, 2014.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 03062
GREGORY S. BEAN, ESQ.
Nevada Bar No. 12694
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant
*STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY*